UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. 2:15-cv-1434-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2017, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

---

[1] The court notes that the case of *Silva v. DiVittorio*, 658 F.3d 1090 (9th Cir. 2011), cited by the magistrate judge at page 2, line 11, has been overruled on other grounds as stated in *Richey v. Dahne*, 807 F.3d 1202, 1209 n.6 (9th Cir. 2015).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 8, 2017, are adopted in full;

2. The First Amendment access to the courts claim against defendants Barnes, Foulk, and Davis is dismissed without leave to amend; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 26, 2018.

UNITED STATES DISTRICT JUDGE