UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. DAVIS, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1434-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 8, 2017, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendant Davis through the United States Marshal. ECF No. 15. The time for acting has long since passed and plaintiff has not provided the required documents. As a courtesy, the court will grant plaintiff another 30-day extension of time to file the documents necessary to effectuate service of process. Failure to do so may result in a recommendation of dismissal.

　　So ordered.

DATED: October 2, 2018.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE